IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____
                                    :
BERNARD FIDEL, *et al.*,            :   Case No. C-1-00-320
                                    :   (Consolidated with C-1-00-349)
            Plaintiffs,             :
                                    :   Judge Herman J. Weber
       v.                           :
                                    :
AK STEEL HOLDING CORP., *et al.*    :
                                    :
            Defendants.             :
_____:

## AGREED AMENDED SCHEDULING ORDER

Pursuant to the agreement of the parties, the Court hereby orders that its prior Scheduling Order be amended as follows:

1. Defendants' production of documents shall be completed by November 7, 2003.

2. The cutoff for all fact discovery shall be April 23, 2004.

3. Plaintiffs shall disclose their expert reports by May 14, 2004.

4. Defendants shall disclose their expert reports by June 9, 2004.

5. Plaintiffs shall disclose any rebuttal expert witness reports by June 30, 2004.

6. The cutoff for all expert discovery shall be July 20, 2004.

7. Any dispositive pretrial motions shall be filed by September 3, 2004. Upon filing such a motion, the movant also shall file with the Court and serve upon other counsel Proposed Findings of Fact and Conclusions of Law supporting the movant's request for relief.

8. A party's response in opposition to any dispositive motion shall be filed by October 18, 2004. Simultaneously therewith, the responding party shall file with the Court and serve upon other

counsel a copy of the movant's Proposed Findings of Fact and Conclusions of Law, which the responding party has marked in the following manner:

    a.    highlighted/underlined in **BLUE** those Findings of Fact which are true;

    b.    highlighted/underlined in **YELLOW** those Findings of Fact which are true but irrelevant or unimportant;

    c.    highlighted/underlined in **RED** those Findings of Fact which are not true; and

    d.    highlighted/underlined in **RED** any misstatement of law contained in the Conclusions of Law.

9.    Opposing counsel also may attach a Counter Statement of Proposed Findings of Fact and Conclusions of Law.

10.    The movant's reply in support of any dispositive motion shall be filed by November 17, 2004. If a Counter Statement of Proposed Findings of Fact and Conclusions of Law has been filed, the movant shall attach to its reply and serve upon other counsel a copy of that Counter Statement of Proposed Findings of Fact and Conclusions of Law, which also has been highlighted/underlined in the manner described above.

11.    Counsel shall file a Proposed Joint Final Pretrial Order by February 1, 2005, as previously ordered by the Court.

12.    This case shall proceed to trial in the March 2005 trial term as previously ordered by the Court.

IT IS SO ORDERED.

DATED:    September _15th__, 2003        S/Herman J. Weber

                                                                                                                                             _____
                                                                                                                                             The Honorable Herman J. Weber
                                                                                                                                             United States District Court Judge

Agreed to by:

/s/  Richard S. Wayne  
Richard S. Wayne (0022390)  
William K. Flynn (0029536)  
STRAUSS & TROY  
150 East Fourth Street  
Cincinnati, OH  45202-4018  
(513) 621-2120 (telephone)  
(513) 629-9426) (fax)  
*rswayne@strausstroy.com* (e-mail)

Trial Counsel for Plaintiffs

/s/  Adam P. Hall  
Adam P. Hall (0032128)  
FROST BROWN TODD LLC  
2200 PNC Center  
201 East Fifth Street  
Cincinnati, OH  45202  
(513) 651-6800 (telephone)  
(513) 651-6981 (fax)  
*ahall@fbtlaw.com* (e-mail)

Trial Counsel for All Defendants Except James F. Will

/s/  Andrew J. Dorman  
Andrew J. Dorman  
William J. Muniak  
JANIK & DORMAN  
9200 South Hills Blvd., Suite 300  
Cleveland, OH  44147  
(440) 838-7600 (telephone)

Trial Counsel for Defendant James F. Will

aksteel_agreed_order.wpd