UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AK STEEL HOLDING CORPORATION, et al.,<br><br>Defendants. | Lead Case No. C-1-00-320<br>(Consolidated with No. C-1-00-349)<br>(Judge Herman J. Weber)<br><br>CLASS ACTION |

# MOTION OF WILLIAM F. GRUENKE
# TO INTERVENE IN THIS ACTION

STRAUSS & TROY
Richard S. Wayne (0022390)
*(rswayne@strausstroy.com)*
William K. Flynn (0029536)
*(wkflynn@strausstroy.com)*
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – telephone
(513) 629-9426 – facsimile

*Liaison Counsel*

MILBERG WEISS BERSHAD HYNES
 & LERACH LLP
William S. Lerach
Helen J. Hodges
Edward P. Dietrich
Scott H. Saham
Tricia L. McCormick
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058 – telephone
(619) 231-7423 – facsimile

*Lead Counsel for Plaintiffs*

William F. Gruenke hereby moves the Court for the entry of an order pursuant to Federal Rule of Civil Procedure 24 allowing him to intervene in this action.

This motion is based upon the Memorandum of Law in support, the pleadings and records on file in this case, and other such matters and arguments as the Court may consider in deciding this motion.

Dated: October 17, 2003

Respectfully submitted,

STRAUSS & TROY

/s/
Richard S. Wayne (0022390)
*(rswayne@strausstroy.com)*
William K. Flynn (0029536)
*(wkflynn@strausstroy.com)*
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – telephone
(513) 629-9426 – facsimile


MILBERG WEISS BERSHAD HYNES
  & LERACH LLP
William S. Lerach
Helen J. Hodges
Edward P. Dietrich
Scott H. Saham
Tricia L. McCormick
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058 – telephone
(619) 231-7423 – facsimile

*Lead Counsel for Plaintiffs*

45688.855. 413061.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion of William F. Gruenke's to Intervene in this Action was served via electronic notification and by ordinary United States mail, first class postage prepaid, upon Adam Hall, Esq. (ahall@fbtlaw.com), FROST TODD BROWN, LLC, 2500 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202, this 17th day of October, 2003.

/s/
Richard S. Wayne (0022390)

45688.855. 413061.1