William F. Gruenke hereby moves the Court for the entry of an order pursuant to Federal Rule of Civil Procedure 24 allowing him to intervene in this action.

This motion is based upon the Memorandum of Law in support, the pleadings and records on file in this case, and other such matters and arguments as the Court may consider in deciding this motion.

Dated: October 17, 2003

s/Richard S. Wayne
Richard S. Wayne Attorney Bar Number 0022390
s/William K. Flynn
William K. Flynn Attorney Bar Number 0029536
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: 513/621-2120
email: *rswayne@strausstroy.com*
email: *wkflynn@strausstroy.com*

MILBERG WEISS BERSHAD HYNES
    & LERACH LLP
William S. Lerach
Helen J. Hodges
Edward P. Dietrich
Scott H. Saham
Tricia L. McCormick
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058 – telephone
(619) 231-7423 – facsimile

*Lead Counsel for Plaintiffs*

45688.855. 413061.1