**EXHIBIT 1**

MEMORANDUM OF LAW IN SUPPORT OF
WILLIAM F. GRUENKE'S MOTION TO INTERVENE IN THIS ACTION

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, (print name) WILLIAM F. GRUENKE ("Plaintiff") declare the following claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the AK Steel Holding Corporation complaint and authorized its filing.

2. Plaintiff did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) between July 15, 1999 and January 25, 2000, in the securities that are the subject of this action:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff owned 200 Armco Inc. shares as of August 25, 1999 and was entitled to vote.

6. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below:

7. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1 day of June, 2000.

_William F. Gruenke_
Signature

WILLIAM F. GRUENKE
Print Name

14 SUNLITE CT.
Address

APPLETON, WI 54915
City, State, Zip

920-734-5658
Phone Number

_____
Email Address