inadequate class representative without first making a specific finding that the would-be intervenors would be inadequate representatives as well."); *Alidina v. Penton Media, Inc.*, 143 F. Supp. 2d 363, 365-67 (S.D.N.Y. 2001) (certifying a class in a securities action where intervener, despite belated appearance in action, was proper class representative who would fairly and adequately protect interests of proposed class).

## III. CONCLUSION

For the foregoing reasons, movant William F. Gruenke respectfully requests that his motion to intervene be granted.

Dated: October 17, 2003

s/Richard S. Wayne
Richard S. Wayne Attorney Bar Number 0022390
s/William K. Flynn
William K. Flynn Attorney Bar Number 0029536
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: 513/621-2120
email: *rswayne@strausstroy.com*
email: *wkflynn@strausstroy.com*

MILBERG WEISS BERSHAD HYNES
 & LERACH LLP
William S. Lerach
Helen J. Hodges
Edward P. Dietrich
Scott H. Saham
Tricia L. McCormick
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058 – telephone
(619) 231-7423 – facsimile

*Lead Counsel for Plaintiffs*

45688.855. 413058.1

- 4 -