UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BERNARD FIDEL, *et al.*, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AK STEEL HOLDING CORPORATION, *et al.*,<br><br>Defendants. | Lead Case No. C-1-00-320<br>(Consolidated With No. C-1-00-349)<br><br>(Judge Herman J. Weber)<br><br>**CLASS ACTION** |

### AGREED AMENDED SCHEDULING ORDER

Pursuant to the agreement of the parties, the deadline for plaintiffs to file any motions to intervene and a renewed motion for class certification is continued from October 17, 2003 up to and until December 1, 2003, and defendants' deadline to complete their production of documents is continued from November 7, 2003 until December 22, 2003.

Dated: October 17, 2003

_____
THE HONORABLE HERMAN J. WEBER
Senior UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Richard S. Wayne
Richard S. Wayne (0022390)
William K. Flynn (0029536)
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – telephone
(513) 629-9426 – fax

*Trial Counsel for Plaintiffs*


/s/ Adam P. Hall (per authority to RSW)

Adam P. Hall (0032128)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800 – telephone
(513) 651-6981 – fax


*Trial Counsel for All Defendants
Except James F. Will*

/s/ Brian McElroy (per authority to RSW)
Andrew J. Dorman
William J. Muniak
Brian McElroy
JANIK & DORMAN
    9200 South Hills Blvd., Suite 300
Cleveland, OH 44147
(440) 838-7600 – telephone
(440) 838-7601 – fax

*Trial Counsel for Defendant
James F. Will*