UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) |
| Plaintiffs, | ) ) | (Judge Herman J. Weber) |
| vs. | ) ) | CLASS ACTION |
| AK STEEL HOLDING CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## [~~PROPOSED~~] ORDER GRANTING WILLIAM F. GRUENKE'S MOTION TO INTERVENE IN THIS ACTION

| | |
|---|---|
| STRAUSS & TROY<br>Richard S. Wayne (0022390)<br>(rswayne@strausstroy.com)<br>William K. Flynn (0029536)<br>(wkflynn@strausstroy.com)<br>Federal Reserve Building<br>150 East Fourth Street<br>Cincinnati, OH 45202-4018<br>(513) 621-2120 – telephone<br>(513) 629-9426 – facsimile<br><br>Liaison Counsel | MILBERG WEISS BERSHAD HYNES<br>  & LERACH LLP<br>William S. Lerach<br>Helen J. Hodges<br>Edward P. Dietrich<br>Scott H. Saham<br>Tricia L. McCormick<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>(619) 231-1058 – telephone<br>(619) 231-7423 – facsimile<br><br>Lead Counsel for Plaintiffs |

Having considered William F. Gruenke's Motion to Intervene in This Action and good cause appearing therefor, the Court hereby ORDERS:

1. The Motion is GRANTED; and

2. William F. Gruenke is now a plaintiff in the above-entitled action.

**IT IS SO ORDERED.**

Dated: ~~October~~ November 17, 2003

_____
Herman J. Weber, Sr. Judge
United States District Court – S.D. Ohio

Submitted by:

STRAUSS & TROY
Richard S. Wayne (0022390) (rswayne@strausstroy.com)
William K. Flynn (0029536) (wkflynn@strausstroy.com)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – telephone
(513) 629-9426 – facsimile

MILBERG WEISS BERSHAD HYNES & LERACH LLP
William S. Lerach
Helen J. Hodges
Edward P. Dietrich
Scott H. Saham
Tricia L. McCormick
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058 – telephone
(619) 231-7423 – facsimile

*Lead Counsel for Plaintiffs*

aksteelproposedorder.wpd