**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF OHIO**

**WESTERN DIVISION**

| | | |
|---|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) |
| Plaintiffs, | ) ) | Judge Herman J. Weber |
| vs. | ) ) | CLASS ACTION |
| AK STEEL HOLDING CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

AGREED AMENDED SCHEDULING ORDER

Pursuant to the agreement of the parties, the deadline for plaintiffs to file their renewed motion for class certification is continued from December 1, 2003 up to and until January 12, 2004, and defendants' deadline to complete their production of documents is continued from December 22, 2003 until February 3, 2004.

DATED: November ____, 2003

_____
THE HONORABLE HERMAN J. WEBER
UNITED STATES SENIOR DISTRICT JUDGE

Agreed to by:

s/ Richard S. Wayne by s/ Adam P. Hall per authorization
Richard S. Wayne (0022390)
William K. Flynn (0029536)
STRAUSS & TROY
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: 513/621-2120

Trial Counsel for Plaintiffs

 _s/ Adam P. Hall_
Adam P. Hall (0042128)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800 (telephone)
(513) 651-6981 (fax)

Trial Counsel for All Defendants
Except James F. Will

s/ Brian T. McElroy by s/ Adam P. Hall per authorization
Andrew J. Dorman  (0063410)
Brian T. McElroy  (0073930)
JANIK & DORMAN
9200 South Hills Blvd., Suite 300
Cleveland, OH 44147
(440) 838-7600 (telephone)
(440) 838-7601 (fax)

Trial Counsel for Defendant James F. Will

CinLibrary/1348148.2