IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BERNARD FIDEL,

    Plaintiff

v                                     Civil C-1-00-320

AK STEEL,

    Defendant.

### ORDER

Parties are advised that the Scheduling Order (#67) entered in the above styled case is hereby VACATED.

Counsel shall file a Joint Status Report with the Court on or before February 10, 2004.

**IT IS SO ORDERED.**

                                                  **s/Herman J. Weber**
                                         Herman J. Weber, Senior Judge
                                          United States District Court

*Rev.5/01*