IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AK STEEL HOLDING CORPORATION, et al.,<br><br>Defendants. | Lead Case No. C-1-00-320<br>(Consolidated with No. C-1-00-349)<br><br>Judge Herman J. Weber<br><br>**JOINT STATUS REPORT** |

The parties in the above-captioned action hereby submit this joint status report in accordance with the Court's Order of January 12, 2004. The parties have reached a settlement in this matter reflected in a written memorandum of understanding approved by all parties in this action. The parties are in the process of further documenting this settlement in a formal Stipulation of Settlement including Notice to the Class and a Proof of Claim that the parties expect to present to the Court for its consideration and approval on or before March 26, 2004. Respectfully submitted,

s/ Richard S. Wayne by s/ Adam P. Hall per authorization
Richard S. Wayne (0022390)
William K. Flynn (0029536)
STRAUSS & TROY
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 (telephone)
(513) 629-9426 (fax)
rswayne@strausstroy.com (e-mail)

Trial Counsel for Plaintiffs

|  |  |
|---|---|
| s/ Adam P. Hall<br>Adam P. Hall (0042128)<br>FROST BROWN TODD LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202<br>(513) 651-6800 (telephone)<br>(513) 651-6981 (fax)<br>ahall@fbtlaw.com (e-mail)<br><br>Trial Counsel for All Defendants<br>Except James F. Will | s/ Brian T. McElroy by s/ Adam P. Hall<br>per authorization<br>Andrew J. Dorman (0063410)<br>Brian T. McElroy (0073930)<br>JANIK & DORMAN<br>9200 South Hills Blvd., Suite 300<br>Cleveland, OH 44147<br>(440) 838-7600 (telephone)<br>(440) 838-7601 (fax)<br>Brian.McElroy@janiklaw.com (e-mail)<br><br>Trial Counsel for Defendant James F. Will |