UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) |
| Plaintiffs, | ) ) | Judge Herman J. Weber |
| vs. | ) ) | |
| AK STEEL HOLDING CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

SUMMARY NOTICE FOR PUBLICATION

EXHIBIT A-3

STRAUSS & TROY
RICHARD S. WAYNE (0022390)
WILLIAM K. FLYNN (0029536)
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  45202-4018
Telephone:  513/621-2120

Liaison Counsel

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
HELEN J. HODGES
EDWARD P. DIETRICH
JEFFREY D. LIGHT
SCOTT H. SAHAM
TRICIA L. McCORMICK
401 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/231-1058

Lead Counsel for Plaintiffs

TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF AK STEEL HOLDING CORP. ("AK STEEL") DURING THE PERIOD FROM JULY 15, 1999 THROUGH JANUARY 25, 2000 (INCLUDING ALL PERSONS WHO HELD ARMCO, INC. SHARES AS OF AUGUST 25, 1999 AND WERE THEREBY ENTITLED TO VOTE TO APPROVE THE MERGER WITH AK STEEL)

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Ohio, Western Division, that a hearing will be held on _____, 2004, at ____ _.m., before the Honorable Herman J. Weber, Senior United States District Judge, at the Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, for the purpose of determining: (1) whether the proposed settlement of the claims in the Litigation for the sum of $4,000,000 in cash, plus accrued interest, should be approved by the Court as fair, just, reasonable and adequate; (2) whether, thereafter, this Litigation should be dismissed with prejudice as set forth in the Stipulation of Settlement dated as of March 26, 2004; (3) whether the Plan of Allocation is fair, reasonable and adequate and therefore should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees and reimbursement of costs and expenses incurred in connection with this Litigation should be approved.

If you purchased or otherwise acquired the common stock of AK Steel during the period beginning July 15, 1999 through and including January 25, 2000 or held Armco shares as of August 25, 1999 and were entitled to vote to approve the merger with AK Steel, your rights may be affected by the settlement of this Litigation. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action and a copy of the Proof of Claim and Release form, you may obtain copies by writing to *AK Steel Securities Litigation*, c/o Gilardi & Co. LLC, P.O. Box 8040, San Rafael, CA 94912-8040. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release no later than _____, 2004, establishing that you are entitled to recovery. You will be bound by any judgment rendered in the Litigation whether or not you make a claim.

- 1 -

All Members of the Class who do not request exclusion from the Class by _____,

2004 will be bound by any judgment entered in the Litigation pursuant to the Stipulation.

Any objection to the settlement must be mailed or delivered such that it is received no later

than _____, 2004 by:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
JEFFREY D. LIGHT
401 B Street, Suite 1700
San Diego, CA  92101

*Lead Counsel for Plaintiffs*

WEIL, GOTSHAL & MANGES
JOSEPH S. ALLERHAND
JOHN A. NEUWIRTH
767 Fifth Avenue
New York, NY  10153-0119

*Counsel for all Defendants Except James F. Will*

JANIK & DORMAN LLP
BRIAN T. MCELROY
9200 South Hill Boulevard, Suite 300
Cleveland, OH  44147-3521

*Counsel for James F. Will*


**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, AK STEEL**

**OR ANY DEFENDANT REGARDING THIS NOTICE.**

DATED: _____, 2004                BY ORDER OF THE COURT
                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF OHIO
                                          WESTERN DIVISION

C:\DOCUME~1\change\LOCALS~1\Temp\MetaSave\Exhibit-A3.doc