IN WITNESS WHEREOF, the parties hereto have caused the Stipulation to be executed, by their duly authorized attorneys, dated as of March 26, 2004.

Dated: March 26, 2004

s/Richard S. Wayne
Richard S. Wayne Attorney Bar Number 0022390
s/William K. Flynn
William K. Flynn Attorney Bar Number 0029536
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH  45202-4018
Telephone: 513/621-2120
email: *rswayne@strausstroy.com*
email: *wkflynn@strausstroy.com*

MILBERG WEISS BERSHAD HYNES
  & LERACH LLP
William S. Lerach
Helen J. Hodges
Edward P. Dietrich
Jeffrey D. Light
Scott H. Saham
Tricia L. McCormick
401 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/231-1058

*Lead Counsel for Plaintiffs*

WEIL, GOTSHAL & MANGES
s/Joseph S. Allerhand
s/John A. Neuwirth
767 Fifth Avenue
New York, NY  10153-0119
Telephone:  212/310-8000
212/310-8007 (fax)

*Counsel for all Defendants Except James F. Will*

- 23 -

JANIK & DORMAN LLP
s/Andrew J. Dorman 0063410
s/Brian T. McElroy 0073930
9200 South Hill Boulevard, Suite 300
Cleveland, OH  44147-3521
Telephone:  440/838-7600
440-838/7601 (fax)
email: brian.mcelroy@janiklaw.com

*Counsel for James F. Will*

45688.855.426550.1

- 24 -

- 25 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court; has been sent electronically this 26th day of March, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.  If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 26th day of March, 2004.

      s/Richard S. Wayne
      Richard S. Wayne Attorney Bar Number 0022390