UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD FIDEL, *et al.*, On Behalf of Themselves and All Others Similarly Situated, | : : : | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) |
| Plaintiffs, | : : | (Judge Herman J. Weber) |
| vs. | : : | |
| AK STEEL HOLDING CORPORATION, *et al.*, | : : : | |
| Defendants. | : | |

# NOTICE OF FILING OF DECLARATION OF CAROLE K. SYLVESTER RE: A) MAILING OF NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND PROOF OF CLAIM AND RELEASE FORM; AND B) PUBLICATION OF SUMMARY NOTICE

Attached to this Notice of Filing as Exhibit 1 is the Declaration of Carole K. Sylvester Re: A) Mailing of Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form; and B) Publication of Summary Notice which was served upon all counsel of record the 23rd day of June, 2004.

Dated: June 24, 2004

s/Richard S. Wayne
Richard S. Wayne Attorney Bar Number 0022390
s/William K. Flynn
William K. Flynn Attorney Bar Number 0029536
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH  45202-4018
Telephone: 513/621-2120
email: *rswayne@strausstroy.com*
email: *wkflynn@strausstroy.com*
*Trial Attorneys and Liaison Counsel*

- 2 -

        LERACH COUGHLIN STOIA & ROBBINS LLP
        William S. Lerach
        Helen J. Hodges
        Edward P. Dietrick
        Scott H. Saham
        Tricia L. McCormick
        401 B Street, Suite 1700
        San Diego, CA  92101
        (619) 231-1058 – phone
        (619) 231-7423 – fax
        *Lead Counsel for Plaintiffs*

45688.855.433666.1

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing Notice of Filing of Declaration of Carole K. Sylvester was filed electronically with the U.S. District Court; this 24th day of June, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy was served by ordinary United States mail, first class postage prepaid, on the 23rd day of June, 2004.

Dated: June 24, 2004                                    s/Richard S. Wayne
                                                             Richard S. Wayne Attorney Bar Number 0022390