UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BERNARD FIDEL, *et al.*, On Behalf of Themselves and All Others Similarly Situated, | : :  Lead Case No. C-1-00-320 |
| | :  (Consolidated with No. C-1-00-349) |
| Plaintiffs, | :  (Judge Herman J. Weber) |
| | : |
| vs. | : |
| | : |
| AK STEEL HOLDING CORPORATION, *et al.*, | : |
| | : |
| Defendants. | : |

## NOTICE OF FILING COPIES OF EXCLUSIONS RECEIVED BY LEAD COUNSEL

Plaintiffs, pursuant to paragraph 8 of the Order Preliminarily Approving Settlement and Providing For Notice, dated March 30, 2004, hereby give notice of the filing of copies of all persons who request to be excluded from the Settlement Class. A copy of each Exclusion is attached hereto as Exhibit 1.

Dated: July 2, 2004               Respectfully submitted

                                  s/Richard S. Wayne
                                  Richard S. Wayne Attorney Bar Number 0022390
                                  s/William K. Flynn
                                  William K. Flynn Attorney Bar Number 0029536
                                  STRAUSS & TROY
                                  150 East Fourth Street
                                  Cincinnati, OH  45202-4018
                                  Telephone: 513/621-2120
                                  email: *rswayne@strausstroy.com*
                                  email: *wkflynn@strausstroy.com*
                                  *Trial Attorneys and Liaison Counsel*

        LERACH COUGHLIN STOIA & ROBBINS LLP
        William S. Lerach
        Helen J. Hodges
        Edward P. Dietrick
        Scott H. Saham
        Tricia L. McCormick
        401 B Street, Suite 1700
        San Diego, CA  92101
        (619) 231-1058 – phone
        (619) 231-7423 – fax
        *Lead Counsel for Plaintiffs*

45688.855.434363.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court; has been sent electronically this 2nd day of July, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.  If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 2nd day of July, 2004.

Dated: July 2, 2004                      s/Richard S. Wayne
                                           Richard S. Wayne Attorney Bar Number 0022390