Subj - AK Steel Securities Lit.
To - Claims Administrator
C/o GILARDI + Co. LLC

RECEIVED PR

MAY 2 7 2004

From - HAROLD P. SPARKS     CLAIMS CENTER
1819 SHOREHAM DR.
Montgomery, Al. 36106 - 2716
(Tel) (334) 272 8492

Per your part x, I request
exclusion from the CLASS action.
I certify that on 25 August '99 I owned
72 shares of ARMCO Inc. which on/about
Sept '99 were sent to and merged with
AK Steel - thus - acquiring 27 shares
of AK steel. I currently still own
these shares.

Harold P. Sparks
MAY 22, 2004

IA

**Exhibit 1**

JUN-10-04 THU 04:41 PM                    FAX NO.                    P. 03



81

RECEIVED PR

MAY 27 2004

CLAIMS CENTER

*AK Steel Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

MONTGOMERY, AL 361
PN
24 MAY
2004

(EXCLUSION)



Harold P. Sparks
1819 Shoreham Dr.
Montgomery, AL 36109-2716

AKST1 / Exclusion



RECEIVED PR

MAY 27 2004

A note from ...
CLAIMS CENTER ANDREW MARTONE

5/22/04

AK Steel Securities Litigation
Claims Admin.
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Dear Sir:

Please excuse me from
Claims litigation against
AK Steel. I only have
the AK Steel stock I
received for my Armco
stock. I did not
make any purchase of
AK Steel stock.

Very truly yours
Andrew A. Martone
19 Horace Pl
Sea Cliff, NY 11579

19 Horace Pl
Sea Cliff, NY 11579
516-676-6188

Reserve Officers Association of the United States
"PRESERVING THE NATION'S DEFENSE FOR OVER 80 Years"
www.roa.org

2A

JUN-10-04 THU 04:42 PM                    FHA NO.                        P. 05

**2B**

GRIESE
INC.
For...

19 Horne Place
Sea Cliff, N.Y. 11579

A K Steel Securities Litigation
Claims Administrator
C/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, Calif 94912-8040

RECEIVED PR
MAY 27 2004
CLAIMS CENTER

AKSTL / Exclusion

MAY 28, 2004

DEAR SIRS
PLEASE EXCLUDE ME
FROM THE SETTLEMENT
CLASS. THANK YOU.

George Stefanko
301 MAIN ST.
CENDORA PA
16045

724-287-3943

RECEIVED FROM

JUN 0 1 2004

CLAIMS CENTER

3·A





RECEIVED
JUN 0 1 2004

CLAIM CENTER.

3-B AK STEEL SECURITIES LITIGATION
CLAIMS ADMINISTRATOR
Y₀. GILARDI+Co LLC
P.O. BOX 8040
SAN RAFAEL, CA, 94913-8040

AKSTL Exclusion

S George Stefanko
301 Main St
Lyndora, PA 16045

FAX NO.

P. 01

RECEIVED

JUN 0 1 2004

CLAIM CENTER

Date:  May 21. 2004
To:    Whom it may concern
From:  Robert McCurdy and
       Sharon McCurdy
Re:    Exclusion

We would like to request an exclusion of class in case vs. AK Steel Corp.

Names    Robert E. McCurdy
         Sharon A. McCurdy
Address  601 South Prairie St.
         Russell, Iowa 50238
Phone    641-876-5345

We owned 75 shares of Armco Steel beginning in 1986.
Our current AK Steel holdings are only the amount that were exchanged in the take over.

*[signature: Robert M. McCurdy]*
*[signature: Sharon McCurdy]*

4-A







AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED
JUN 0 1 2004
CLAIM CENTER

4-B



AKST1



May 27, 2004

Margaret F. Colberg
217 Breckenridge Dr
Six Mile, S.C. 29682
(864) 868-6407

RECEIVED

JUN 0 2 2004

CLAIM CENTER

I acquired 10 shares of AK steel Stock upon the merger of Armco and AK Steel. I no longer own any of the stock and wish to be excluded from the Class. Thank you. I have no other information.

Margaret F. Colberg



5-A





AK Steel Securities Litigation
Claims Administrator
c/o Heffler & Co. LLC
P.O. Box 8040
San Rafael, CA

94912 - 8040

543124-5040

Lillian
217 Breckenridge St
Six Mile SC 29682

RECEIVED

JUN 0 2 2004

CLAIM CENTER

S-B

AKST1  Exhibit

AK Steel Securities Litigation
  Claims Administer
 c/o Gilardi & Co. LLC
  P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED MRM

JUN 0 2 2004

CLAIMS CENTER

I WISH TO BE EXCLUDED FROM THE CLASS ACTION LITIGATION!!!

                Millard Walker
                7 South Botany Bay Circle
                Englewood, Fl. 34223

Because of the privacy code recently enacted I do not

have to give you my phone number or anything related

to the shares I had.  I will only say I no longer

have any shares.

5/24/04

7-A





AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co., LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED NMFA

JUN 0 2 2004

CLAIMS CENTER

7-B



AKST1

**COMMUNITY**
NATIONAL BANK

RECEIVED MRI
JUN 0 2 2004
CLAIMS CENTER

I Warren W Huff Jr
wish to be excluded from
The settlement Class action
suit

Warren W Huff Jr
28 Redbud Ln
Middletown O
45042

B-A

www.communitynatbank.com
877-746-1520





AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED
JUN 0 2 2004
CLAIMS CENTER

Warren Neff
28 Redbud Dr
Middletown, OH 45042



8-B

AKST1

**WERTHEIM**
**VAN DER PLOEG &**
**KLEMEYER**
22 May 2004

Architecture          Landscape Architecture          Planning
2145 NINETEENTH AVENUE    SAN FRANCISCO, CA    94116

Tel 415 / 664-0832          Fax 415 / 664-0102

RECEIVED MRM

JUN 0 2 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
Post Office Box 8040
San Rafael, CA 94912-8040

Re:   AK Steel Securities Litigation

This letter requests exclusion from the above-referenced litigation for the shareholder described below:

Jane Z. Klemeyer & Frederick J. Klemeyer Jr.
  Trustees, UTAD 4/21/88
The Jane Z. Klemeyer Revocable Trust
900 Mariposa Way
Lodi, CA  95240          tel 415/664-0134

The Trust holds 10 shares as a result of the merger with Armco Steel Corporation; the date of the merger as evidenced on the stock certificate was September 30, 1999.

We wish to be excluded from the class.

Sincerely,

Frederick J. Klemeyer, Jr., Trustee

9-A

Ernest Wertheim ASLA
Landscape Architect    CA Lic 220

Frederick J. Klemeyer, Jr. AIA/FCSI
Architect   CA Lic C9491, NCARB

GREETINGS
from
Far Far Away

SAN FRANCISCO CA 941 G
PM
24 MAY 2004

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED INTRA

JUN 0 2 2004

CLAIMS CENTER

Frederick J. Klanmeyer, Jr., AWFCS
Macklecke, Vander Ploeg & Klanmeyer
2145 Roosevelt Avenue
San Francisco, CA 94118

9-B

AKST1

RECEIVED MRM

JUN 0 2 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
C/0 Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

May 24, 2004

RE: A request for exclusion from the Class

James R. Northern and Carolyn S. Northern (Trustees of the Northern Revocable Living
Trust). Our address is 5029 Princess Anne Road, La Canada, CA 91011 and our phone is
818 790-5097. We acquired 600 shares of Armco stock on 30 November 1998 and we
did not purchase or sell any stock after that date. We received 229 shares of AK Steel,
due to the merger, on 2 February 2000. No more stocks have been purchased or sold.

We request to be excluded from the Class.

*James R. > Northern*

James R. Northern

*Carolyn S. Northern*

Carolyn S. Northern





PM
24 MAY
2002
ANCASTE, CA 115 24

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040



Mr & Mrs James Northern
5729 Princess Anne Rd
La Canada, CA 91011

0



RECEIVED FROM

JUN 0 2 2004

CLAIMS CENTER

10-B

AKST1

Odessa, Texas
May 26, 2004

TO: AK Steel Securities Litigation
claims administrator
C/O Gilardi and Co. LLC
P.O. Box 8040
San Rafel, CA. 94912-8040

RECEIVED MRM
JUN 0 2 2004
CLAIMS CENTER

Subject: Exclusion From The Class

I Earl F Gaede residing at
2718 Tanglewood Lane, Odessa Texas
79762 Phone Number (432) 362-2646
wish to be Excluded from the Class
I have Only 30 shares of AK Steel
common stock dated September 30,
1999.

Signed
Earl F Gaede





GREETINGS
FROM
Far Far Away

MIDLAND ODESSA TX 797

27 MAY 2004

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

East P. Gaede
2718 Tanglewood Ln.
Odessa, TX 19763-8048

RECEIVED WRM

JUN 0 2 2004

CLAIMS CENTER



AKST1



V

RECEIVED MRM

JUN 0 2 2004
CLAIMS CENTER

BERNARD FIDEL, ET AL.                                5-27-04

DEAR SIRS:

  I, DAN MOORE, WISH TO BE EXCLUDED FROM THE SETTLEMENT CASE, LEAD CASE NO. C-1-00-320 (CONSOLIDATED WITH NO. C-1-00-349).

IN 1999, I OWNED 100 SHARES OF ARMCO STEEL CO. STOCK. AFTER THE MERGER OF ARMCO STEEL CO. AND A.K. STEEL CO. MY ARMCO STOCK WAS REVALUED TO 62 SHARES OF A.K. STEEL STOCK.

ON 12-5-02, I PURCHASED 38 SHARES OF A.K. STOCK BRINGING MY TOTAL BACK TO 100 SHARES OF A.K. STEEL COMMON STOCK. I PAID $682.00 DOLLARS FOR SAID STOCK, BUT WAS REIMBURSED $161.54 AS AN OVER PAYMENT

I MIGHT ALSO ADD THAT FOR AS LONG AS I HAVE OWNED SAID STOCK, I HAVE RECEIVED LESS THAN TWENTY-FIVE DOLLARS COMPENSATION.

                                RESPECTFULLY, I AM
TO-                             FROM-
AK STEEL SECURITIES LITIGATION -   DAN MOORE
   CLAIMS ADMINISTRATOR          6036 THEODORE AVE.
   % GILARDI + CO. LLC.          HAMILTON, OHIO
      P.O. BOX 8040                 45011-1902
   SAN RAFAEL, CA. 94912-8040    TEL (513-895-0870)

                                Dan Moore

12-A





AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED BRM

JUN 0 2 2004

CLAIMS CENTER

DAN MOORE
5931 THEODORE AVE
HAMILTON OH 45011-1802

12-B

AKST1



May 24, 2004

RECEIVED MTM

JUN 0 2 2004

CLAIMS CENTER

To

AK Steel Securities Litigation
Claims Administrator
℅ Gilardi & Co LLC

I, John W Boykin
11646 C.R. 4351
LARUE, T.X. 75770
1(903) 677-2026



John Boykin
11646 CR 4351
Larue, Tx. 75770

Request to be excluded from
the class action suit against
A.K. Steel Holding Corp.

AK014795

I acquired 1,006 Shares of
AK Steel common stock by
transition from 2560 shares
of Armco common stock on
Sept. 30, 1999. None has been
sold or transferred.

John W. Boykin



13-A

GREETINGS
From
Far Fair Away

EAST TEXAS PROC 75708
PM
25 MAY
2004

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

John Boykin
11646 CR 4351
Larue, Tx. 75770


RECEIVED
JUN 0 2 2004
CLAIMS CENTER



13-B



AKST1

RECEIVED MRM

JUN 0 2 2004

CLAIMS CENTER

A K. Steel Securities Litigation
Claims Administrator

Jimmy D. + Betty J. Walker  Phone 479-632-5161
1018 Maple Shade Road. Alma, Ar. 72921
   We wish to be excluded from this litigation.
We had 16 shares of A.K. Stock that we
aquired when the merger of Armco + AK
Occurred. They were in exchange for 44 Armco
Stocks that we held at that time.
The average price Paid for Armco Stocks were
$22.00 Plus or minus some cents.
   The A.K. Steel Stocks were sold back to
A K on Nov. 2002. The sale price I don't
Remember. This was through on A.K. buy back
Plan. We do not now hold any A.K. Stocks.
I hope this suffice to have us
excluded,
                  Thank you.
                  Jimmy D. Walker
                  1018 Maple Shade D.
                  Alma, Ar. 72921-8665

14-A







*AK Steel Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

**RECEIVED FROM**

JUN 0 2 2004

C_____ CENTER

Mr. Jimmy Walker
1018 Maple Shade Rd.
Alma, AR 72921

*14-B*



AKST1