AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, California 94912-8040

5/24/04

RECEIVED MRM
JUN 0 2 2004
CLAIMS CENTER

Dear Sir:

I and my wife would like to be excluded from "The Class". We only own 3 shares and since the distribution would be 8 cents per share less atty fees we are not interested in being included in the class action suit. Therefore I am including the requested information for exclusion.

1. Donald W. Wallace + Patricia G. Wallace
500 Hillside Drive, Fairfield, Iowa 52556
Phone 641-472-4753

2. I have owned shares of Armco, Inc since 1982 and have made no purchases or sales of stock since that time. These 3 shares are now AK Steel. To my knowledge I did not purchase these 3 shares so it must have been a spin off from another company.

3. We wish to be excluded from the class

Thank You.

Donald W. Wallace

Patricia G. Wallace

16-A



DES MOINES IA 503
PM 25 MAY 2001

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Mr. Donald W. Wallace
500 Hillside Dr.
Fairfield, LA 52556-3633

RECEIVED MRM

JUN 0 2 2004

CLAIMS CENTER

16-B



AKST1

To:      AK Steel Securities Litigation

From:    Richard L Cook
          205 NW Teakwood
          Lees Summit, MO  64064
          816-373-5253

Subject:  Exclusion from the Class

RECEIVED MRM

JUN 0 7 2004

CLAIMS CENTER

The only shares that I owned during the "Class Period" were from a previous company contribution to an E.S.O.P.  I did not purchase or sell any AS or AKS shares during the "Class Period".

Please exclude me from the Class Action Suit.  Thank you,

*Richard L. Cook*

5-28-04

**17-A**



GREETINGS FROM Far Far Away

KANSAS CITY CA 199-
PM
10 JUL 03

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED

JUN 07 2004

CLAIMS CENTER

Richard A Doherty Cook
334 N W Teakwood
Lee's Summit, MO 64084

17-B    AKST1

RECEIVED MRM

**JUN 0 7 2004**

**CLAIMS CENTER**

May 25, 2004

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
San Rafael, CA 94912-8040

RE: Exclusion from the Class

(1)     Name:     Joseph Kon & Dorothy S Kon JT TEN

        Address:   403 Castle Shannon Blvd.
                   Pittsburgh, Pa 15234-1405

        Telephone:  (412) 561-0628

(2)     Purchases of AK Steel common stock made during class period - NONE
        Acquisitions of AK Steel common stock made during class period - NONE

        Sales of AK Steel common stock made during class period - NONE

(3)     It is our request to be excluded from the Class.

        We understand that by requesting to be excluded from the Class
        that we shall have no rights under the settlement, shall not
        share in the distribution of the Net Settlement Fund, and shall
        not be bound by the Stipulation or the Judgment.

Signed  *Joseph T Kon*
        *Dorothy S Kon*

**18-A**

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED MRRH

JUN 0 7 2004

C...IMS CENTER

Joseph Kon &
Dorothy S. Kon JT TEN
1403 Castle Shannon Blvd,
Pittsburgh, PA 15234-1405

18-B  AKST1

RECEIVED MRM

JUN 0 7 2004

CLAIMS CENTER

May 25, 2004

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
San Rafael, CA 94912-8040

RE: Exclusion from the Class

(1)    Name:        Joseph Kon

       Address:     403 Castle Shannon Blvd.
                    Pittsburgh, PA 15234 - 1405

       Telephone:   (412) 561-0628

(2)    Purchases of AK Steel common stock made during class period - NONE

       Acquisitions of AK Steel common stock made during class period - NONE

       Sales of AK Steel common stock made during class period - NONE

(3)    It is my request to be excluded from the Class.

       I understand that by requesting to be excluded from the Class that
       I shall have no rights under the settlement, shall not share in the
       distribution of the Net Settlement Fund, and shall not be bound by
       the Stipulation or the Judgment.

                                    Signed Joseph Kon

19-A





GREETINGS from The Far Away

PITTSBURGH, PA 152
PM 21 MAY 2004

*AK Steel Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED KRM
JUN 07 2004
CLAIMS CENTER

Joseph Kon
403 Castle Shannon Blvd.
Pittsburgh, PA 15234-1405

19-B    AKST'1

RECEIVED MRM

JUN 0 7 2004

CLAIMS CENTER

From: Jeanette M. Wilson
      129 Bosco Court
      Jacksonville, N.C. 28540
      Ph No. 910-346-9976

May 22, 2004

To:   AK Steel Securities Litigation
      Claims Administrator
      P.O. Box 8040
      San Rafael, Ca 94912-8040

I Wish to be excluded from the AK Steel Securities Litigation Settlement
Class.   On September 30, 1999 I received 118 shares of AK Steel from Armco  worth
$12.375 per share .

Jeanette M Wilson

Jeanette M. Wilson

20-A



AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

KINSTON NC 285
PM
24 MAY
2004

RECEIVED
JUN 07 2004
CLAIMS CENTER

AKST1

20-B

Tranetta Wilson
125 Bosco Ct
Jacksonville, NC 28540-6600

RECEIVED DDS June 1, 2004

JUN 0 9 2004

To Whom It May Concern, CLAIMS CENTER

RONALD E. HAUBRICH

670 MEREDITH LANE

CUYAHOGA FALLS, OHIO 44223-2592

PHONE 330-945-4664

MERGER:

ARMCO INC.- AUGUST 25, 1999 - 400 SHARES

AK STEEL - SEPTEMBER 30, 1999 - 153 SHARES

I REQUEST TO BE EXCLUDED FROM THE CLASS.

RONALD E. HAUBRICH

*Ronald E. Haubrich*

21A

JUN 10 04 THU 04:56 PM                    FAX NO.                    P. 44



218

RECEIVED

JUN 0 9 2004

CLAIM CENTER

*AK Steel Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Ron Hambrich
610 Rosedale Ln.
Cuyahoga Falls, OH 44221-2592

AKST1 - Exclusion

RECEIVED DDS

JUN 1 0 2004

CLAIMS CENTER

June 2, 2004
P.O. Box 111
Davidson, N.C. 28036

AK Steel Securities Litigation, Claims Administrator
% Gilardi + Co. LLC
P.O. Box 8040, San Rafael CA 94912-8040
Dear Sir:

My name is Harriet Weaver Fredericksen. I live at 129 Crescent Drive, Davidson N.C. (but our mail is received at P.O. Box 111) telephone 704-892-7331.

I made no purchase of AK Steel during Class period of July 15, 1999 - January 25, 2000.

I did have the following Stock transactions
bought 100 shs. Armco 5/18/84 Cost + Broker $1935.00, $19/she
bought 100 shs Armco 5/31/84 Cost + Broker $1672.50, $16.375;
these were converted to 76 shs of AK Steel 5/1/01

I bought 24 shs AK Steel 12/31/02 at cost of $211.92 or, after a refund, came to $8.83/she, received 1/6/03.

I wish to be excluded from the Class.

Thank you for your services.

Sincerely,

Harriet Weaver Fredericksen

**22A**

228

Harriet Wauser Frederick SC RECEIVED DDS
P.O. Box 111
JUN 10 2004
Davidson, N.C. 28036
CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

AKST1 Evolution

RECEIVED DDS

JUN 10 2004

CLAIMS CENTER    6-1-04

A.K. Steel Securities Litigation
Claims Administrator

I, Billy J. Scarbrough, wish to be
excluded from Class period Settlement.
I had 1868 Common shares of Armco
Stock which was exchanged for 715 shares
of A.K. Steel Common Stock on September
30, 1999. Exchanged on even of prices for
both stocks at that time.

Thank You

Billy J. Scarborough
3201 Wheatmeadow St.
Pearland, Tx 77581
Ph.= 281-412-3990
Stock #AK 27145

**23A**

P. 48

23B

GREETINGS
FROM
Far Far Away

HOUSTON TX 773
PM
1 JUN
2004

RECEIVED DDS

JUN 1 0 2004

CLAIMS CENTER

B.J. SCARBROUGH
3201 WHEAT MEADOW CT
PEARLAND TX. 77581

A.K. STEEL SECURITIES Litigation
CLAIMS Administrator
c/o GILARDI & Co. LLC
P.O. Box 8040
SAN RAFAEL, CA. 94912-8040

94912-8040

AKST1 Exclusion

AK STEEL SECURITIES LITIGATION
CLAIMS ADMINISTRATOR

6-1-04
RECEIVED DDS
JUN 1 0 2004
CLAIMS CENTER

I REQUEST TO BE EXCLUDED FROM
THE SETTLEMENT CLASS

ROBERT F. TILLIS
1219 S. MAIN ST.
WASHINGTON C.H., Ohio 43160-1961
PHONE -(740) 335-3055

I EXCHANGED ~~736~~ 736 SHARE OF
ARMED COMMON STOCK AND IN
RETURN I RECEIVED 281 SHARES
OF AK STEEL COMMON STOCK
ABOUT 11-1-99

Robert F. Tillis

24A

JUN 10 04 THU 04:51 PM    FAX NO.    P. 50



24B

COLUMBUS OH 430
PM
1 JUN 2004

RECEIVED DDS
JUN 10 2004
CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Robert F. Ellis
130 N. Main St.
Wilmington CL, OH 45169-1961

AKST1  Exclusion

At Steel Securities Litigation
Claims Administrator
C/O Gilardi + Co. LLC
PO Box 8040
San Rafael CA. 94912-8040

**RECEIVED DDS**

**JUN 1 0 2004**

**CLAIMS CENTER**

1448 Prairie Lane
Derby, Ks. 67037-3917
5/29/04

I wish to be excluded from the settlement the
No purchases were made.  — Thank you

Laura H. Murphy
1448 Prairie Lane.
Derby, Ks. 67037
Phone 316-788 6590

# 25A

JUN-10-04 THU 04:51 FM                              FAX NO.                         P. 52



**25 B**

RECEIVED DDS

**JUN 1 0 2004**

**CLAIMS CENTER**

*AK Steel Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Murphy
1448 Prairie Ln
Derby KS 67037-2917

AKST1/*Exclusion*

AK Steel:                          May 22. 2004

Once again I am advising you that our son David G. Royer is deceased as of Aug 31. 1996. He had come home in July 1994, jobless and in ill health.

I never found his one share of Armco stock nor any record of it.

I do not want to go through the red tape of getting it because I am 88.

Could the stock be given to any charitable Armco Group? You have my permission to do this or to dispose of it in some way.

Thank you

Ralph B. Royer

RALPH B. ROYER
109 WINFIELD DR
GROVE CITY PA 16127

RECEIVED PR

JUN 1 0 2004

CLAIMS CENTER

26A

Mr. Ralph B. Royer
108 Winfield Dr.
Grove City, PA 16127

AKST1 | Exclusion

RECEIVED PR

JUN 1 0 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co., LLC
P.O. Box 8040
San Rafael, CA 94912-8040

26 B

June 3, 2004

A. K. Steel Securities Litigation
Claims Administrator
℅ Giardi & Co., L.L.C.
P.O. Box 8040
San Rafael, Ca. 94912

RECEIVED PR

JUN 10 2004

CLAIMS CENTER

Sirs:

This is a request for Exclusion from the Class:

(1) name: Oleo C. Stoker, Jr.
    address: 35 Gravatt Dr., Berkeley, Ca. 94705
    phone # : 510-845-2412

(2) On September 30, 1999 (record date)
    21 shares of Armco Steel Stock (No. of shares) were transferred to A. K. Steel Corp., which issued 8 shares of A.K.S. common stock at an exchange rate of .38290 (price paid)

    No further transactions were made during the "Class Period". All dividends were paid in cash.

(3) I wish to be excluded from the Class.

Sincerely yours,

Oleo C. Stoker

**27A**

Mrs. Robert A. Stoker
33 Cravatt Dr.
Berkeley, CA 94705

RECEIVED PR

JUN 1 0 2004

CLAIMS CENTER

AKST1 | Exclusion

CERTIFIED MAIL

7003 1680 0004 0310 5619

Ak Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RETURN RECEIPT
REQUESTED

27B

$4.42

May 30, 2004

RECEIVED DDS
JUN 1 1 2004
CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San rafael, CA  94212-8040

I want to be excluded from the Settlement Class.
My name, address, and phone number are:
Kathryn A, Eickholt
3183 E Bullock Creek Dr
Midland, MI  48640-8910
989-835-9477

Purchases of AK Steel Stock:

| Transaction | Date | Number of Shares | Price |
|---|---|---|---|
| Purchase | May 1996 | 100 (now 200) | $39.52 (now $19.26) |
| Purchase | 1997 – dividends | 1.2539 | 19.93 |
| Purchase | 1998 – dividends | 10.6 | 19.05 |
| Purchase | 1999 – dividends | 10.25 | 20.39 |
| Purchase | 2000 – dividends | 12.091 | 9.35 |

Request for exclusion:  I want to be excluded from the class.

Kathryn A. Eickholt
3183 E Bullock Creek Dr
Midland, MI  48640-8910

**28A**

AKST1

*Exclusion*

RECEIVED DDS

JUN 11 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040



GREETINGS
from
Far Far Away

28B

Houston, Texas
May 31, 2004

RECEIVED DDS
JUN 1 1 2004
CLAIMS CENTER

Subject : A. K. Steel Securities Litigation

From:  Corbin L. Johnnson & Katharine I. Johnson TTEES of Johnson Family
        Living Trust
Address;  5519 Grape Street, Houston, Texas Zip Code 77096
Telephone number (713) 668-0960

To whom it may concern:    We, the above, request exclusion from the class action
suit listed above.

We are the holders of 562 shares of A. K. Steel common stock acquired through the
merger with Armco Steel in 1999 when 1470 shares of Armco stock were exchang-
ed for A.K. Steel stock.

The estimated cost of the Armco stock is as follows:
77shares received through ESOP in October, 1982 Market value $16.375
                                                                 $ 1264.28
1393 shares received from Thrift Plan in October, 1992 Market    $4.4498
                                                                 $6198.57
                                                                 $7462.85

Sincerely Yours,

Corbin L. Johnson
Katharine I. Johnson

**29A**

J

Corbit L Johnson
5510 Grape St
Houston, TX 77050

AKST1  Exclusion

RECEIVED DDS

JUN 1 1 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

HOUSTON TX
PM
JUN 1
2004
770

29B

JUN-29-04 TUE 11:16 AM                    FAX NO.                      P. 06/32

Weldon L. and JoEllen Arbsland
550 W 7th
Hoisington, KS 67544-1918
Phone: 620-653-9992

June 2, 2004

RECEIVED DDS
JUN 1 1 2004
CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
C/O Gilardi & Co. LLC
P.O. Box 8040
San Rafael CA 94912-8040

Re: AK Steel Holding Corp. - Securities Litigation
    Case No. C-1-00-320. Cusip No. 001547 108,042170 407, 308,
    100, 209 (8479C)

We, the undersigned, Weldon Arbsland and JoEllen Arbsland,
request to be excluded from the Class.  We owned 1,000 shares
of ARMCO on July 15, 1999, and on October 4, 1999, received
382 shares of AK Steel for the ARMCO stock in a reverse split.
We did not buy or sell any AK Steel during the Class Period.
We sustained no losses and DO NOT want to be included in the
Class.

Thank you for your prompt attention to this matter.


Weldon L. Arbsland                JoEllen Arbsland
550 W 7th                         550 W 7th
Hoisington, KS 67544-1918         Hoisington, KA 67544-1918
Phone: 620-653-9992               Phone: 620-653-9992


30A

Weldon & JoEllen Arbsland
550 W 7th
Hoisington KS 67544-1918

AKST1 Exclusion

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED
JUN 11 2004
CLAIMS CENTER

30B