RECEIVED DDS

JUN 1 1 2004

CLAIMS CENTER

A K Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co., LLC
P. O. Box 8040
San Rafael, CA 94912-8040

To Whom It May Concern:
    I wish to be excluded from the
Class Settlement Class.
    My name - Jacqueline M. DeLess
    Address - 124 David Drive
              Butler, Pa. 16001
    My father, Andrew Bakalar left
me 10.3 shares of Ames Stock
when he died in April 1986. It was
worth $7.00 a share at the time.

    A K had me turn in my 103 shares
& they gave me 39 shares - 9-30-99.
at $18.25.

**32A**

    A K requested I either buy 67 shares



328



RECEIVED DDS

JUN 1 1 2004

CLAIMS CENTER

*AK Steel Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Mrs. Jackie Osless
12 Depot Dr
Butler, PA 16001-2766

AKST1  Exclusion

June 1, 2004

AK Steel Securities Litigation
Claims Administration
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED DDS

JUN 1 1 2004

CLAIMS CENTER

To whom it may concern:

I wish to be excluded from the Class.

Name: Delphine D. Risko
Address: 5987 Glen Hill Dr., Bethel Park, PA 15102
Tele No: (412) 833-4476 (Home)

Acquisitions of AK steel stock
    9/30/99 - Share price $18.25 No. of shares - 39
Sale: 12/31/02 - $8.00 share No. of shares sold 39.

Delphine D. Risko

**34A**

AKST1

Exclusion



Mrs. Delphine Risko
5987 Glen Hill Dr.
Bethel Park, PA. 15102

RECEIVED DDS

JUN 1 1 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co., LLC
P.O. Box 8040
San Rafael, CA 94912-8040



34B

JUN-29-04 TUE 11:18 AM          FAX NO.                    P. 18/32

RECEIVED DDS      6-3-04

JUN 11 2004

CLAIMS CENTER

TO: AK Steel Securities Litigation
Claims Administrator
C/o Gilardi + Co LLC
Box 8040
San Rafael, CA 94912-8040

FROM: H. A. Welch Jr.
2694 Taylor Street
Grove, OK 74344-4916

RE: Lead CASE NO. C-1-00-320
(Consolidated with No. C-100-349

This is to Advise that I wish
to be excluded from this Class.
Settlement Class.

H. A. Welch Jr.

**35A**

H·A·Welch Jr
2694 Taylor Street
Grove, OK 74344

AKST1 Exclusion

RECEIVED ODS

JUN 11 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

TULSA OK
PM
03 JUN
2004

GREETINGS
FROM
Far Far Away



35B

RECEIVED PR

JUN 1 0 2004
CLAIMS CENTER

I wish to be excluded from the class.

I have not purchased, acquired, or sold any Armco/AK Steel stock during the class period. —

Louise M Johnson
210 York Drive
Gaffney, S.C 29340-3631

(864) 489-2169

36A

Louise M. Johnson
210 York Dr
Gaffney, SC 29340

RECEIVED PF

JUN 10 2004

CLAIMS CENTER

AKST1 | Exclusion

CLAIMS CENTER

*AK Steel Securities Litigation*
*Claims Administrator*
*c/o Gilardi & Co., LLC*
*P.O. Box 8040*
*San Rafael, CA 94912-8040*



36 B

June 3, 2004

RECEIVED PR

JUN 1 0 2004

CLAIMS CENTER

To Whom it may concern,

We ask to be excluded from the A.K. Steel Securities Litigation.

We had purchased 100 shares of Armco Steel stock on 4/17/83 for $1946.59.

The number of shares was reduced to 98 after the A K Steel take over. The shares were sold 1/31/03 for $743.85.

Donald R. File
Becky S. File

Address: 3403 Palm Desert Ln
    Missouri City, Tx    77459-2428

Phone: 281-499-5366

**38A**

DONALD R FILE
3403 PALM DESERT LN
MISSOURI CITY TX 77459-2428

RECEIVED PR

JUN 10 2004

CLAIMS CENTER

AKST1 / Exclusion

*AK Steel Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040



38B

RECEIVED

JUN 2 2 2004

CLAIM CENTER

06-02-04

AK steel Securities litigation
San Rafael, CA 94912-8040

It is my desire to be
excluded from the
"class action" proceeding.

Wilma G. Brown,
deceased

by: Thelma W. Brown
Executrix of the
Estate of
Wilma G. Brown,
deceased

**39A**



Tisha Dawn
1207 Marlin Rd.
South Charleston, WV 25309

AKST1 — Exclusion

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040



RECEIVED

JUN 2 2 2004

CLAIM CENTER

39B

10: AK STEEL SECURITIES LITIGATION
        CLAIMS ADMINISTRATOR

RECEIVED DDS

JUN 0 9 2004

CLAIMS CENTER

FROM: JOHN L. WERTH
        826 LINCOLN ST.
        AMHERST, OH 44001   TEL (440) 984-2061

DEAR SIR:

    THIS IS A REQUEST TO BE EXCLUDED FROM THE
SETTLEMENT CLASS OF LEAD CASE No. C-1-00-320.
MY 27 SHARES OF ARMCO STOCKS WERE CONVERTED
TO AK SHARES DURING THE STIPULATED PERIOD,
AND WERE SUBSEQUENTLY SOLD AT A SUBSTANTIAL
LOSS FROM THE PURCHASE PRICES. I NO LONGER
RETAIN RECORDS OF THOSE TRANSACTIONS. I CANNOT,
THEREFORE, CITE PRICES OR DATES.

                        THANK YOU,

                        JOHN L. WERTH

                        John L. Werth

L-1A

J.L. WELCH
824 LINCOLN ST.
AMHERST, OHIO 44001

AKST: Exclusion

AK STEEL SECURITIES LITIGATION
CLAIMS ADMINISTRATOR
c/o GILARDI & CO., LLC
P.O. BOX 8040
SAN RAFAEL, CA 94912- 8040

RECEIVED
JUN 0 9 2004
CLAIM CENTER



3ffe74e03274a82c

L-1B

JUN-29-04 TUE 11:19 AM                    FAX NO.                         P. 28/32

 **WACHOVIA SECURITIES**

*Please exclude me from the Class Action proceedings described herein.*

*Ruth L. Cornelsen*

May 27, 2004

WACHOVIA SECURITIES C/F
RUTH L CORNELSEN

Dear Client:

This is to inform you that you may be eligible to participate in the Class Action proceeding noted below. Our records indicate that you meet the requirements of eligibility outlined below. Therefore, enclosed is material that details your rights as a "Class Member."

Any member of the class may ask to be excluded from the Class Action by mailing a written request for exclusion. The written request must be postmarked on or before the exclusion due date noted below. >*

Please note the "Proof of Claim Due Date" and the forwarding address are noted below.

Please do not return any forms to us regarding this proceeding, as this would only delay the processing.

Since we are prohibited from providing any legal opinions or interpretations, we encourage you to contact your own legal advisor with any questions you may have.

Very truly yours,

*Robert D. Enoch*

Robert D. Enoch
Class Action and Bankruptcy Support Department

Reference:    AK Steel Holding Corp. - Securities Litigation - Case No. C-1-00-320. Cusip No. 001547
              108,042170 407, 308, 100, 209. (8479C). Material received Today.

Class Eligibility: All persons who purchased or otherwise acquired the common stock of AK Steel Holding Corp.
              ("AK Steel") during the period from July 15, 1999 through January 25, 2000 (including all
              persons who held Armco Inc. shares as of August 25, 1999 and were thereby entitled to vote
              to approve the merger with AK Steel).

Administrator: AK Steel Securities Litigation          * *I did NOT receive this*
              Claims Administartor                       *letter until June 4th.*
              c/o Gilardi & Co. LLC
              P.O. Box 8040
              San Rafeal, CA 94912-8040

Proof of Claim Due Date: July 26, 2004                  Exclusion Due Date: June 4, 2004

Enclosures ( 5 )

We do not guarantee the accuracy of the information contained in this letter pertaining to the facts and deadlines applicable to this class action or bankruptcy. We suggest that you refer to the enclosed materials in order to obtain any necessary information.

Wachovia Securities, LLC, member NYSE & SIPC          **L-2A**
111 Eighth Avenue, New York, N.Y. 10011-5297



June 8, 2004

Ruth R. Cordaer

PRESORTED
FIRST CLASS

PO BOX 550
NEW YORK, NY 10013-0550

WACHOVIA SECURITIES C/F
RUTH R L CORNELSEN
IRA ROLLOVER DTD 02/21/89
10531 LANEVIEW DRIVE
HOUSTON        TX 77070-2436

L-2B



RUTH L. CORNELSEN
10331 LANEVIEW DR
HOUSTON, TX 77070

AKST1 Exclusion

**RECEIVED**

**JUN 2 2 2004**

**CLAIM CENTER**

*AK Steel Securities Litigation*
*Claims Administrator*
*c/o Gilardi & Co. LLC*
*P.O. Box 8040*
*San Rafael, CA 94912-8040*



U.S. POSTAGE
$0.37

L-2C

JUN-29-04 TUE 11:19 AM                    FAX NO.                    P. 31/32

RECEIVED DOC

JUN 2 3 2004

CLAIMS CENTER

We wish to be excluded from settlement class. I haven't access to my records at this time.

David A and Mary A. Murphy
2712 Secret Harbor Dr.
Orange Park, FL  32065
904- 272- 8030

The reason this request is a few days late, is we moved and your letter went to old address and had to be forwarded.

L-3A



Mr. & Mrs. David Murphy
2712 Setosi Harbor Dr
Orange Park FL 32065-7675

AKST1

RECEIVED DDS

JUN 2 3 2004

CLAIMS CENTER

AK Steel Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040



L-3B

## DECLARATION OF SERVICE BY FEDERAL EXPRESS DELIVERY

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.      That on July 1, 2004, declarant served by FedEx, next day delivery, the **[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of July, 2004, at San Diego, California.

_Danelle L. McNertney_

DANELLE L. MCNERTNEY

AK STEEL (LEAD)
Service List - 6/30/2004    (200-139)
Page 1 of 1

**Counsel For Defendant(s)**

David C. Horn
Adam P. Hall
Frost Brown Todd LLC
201 E. Fifth Street, Suite 2200
Cincinnati, OH 45202-4182
   513/651-6800
   513/651-6981 (Fax)

Andrew J. Dorman
William J. Muniak
Janik & Dorman
9200 South Hills Blvd., Suite 300
Cleveland, OH 44147-3521
   440/838-7600
   440/838-7601 (Fax)

John A. Neuwirth
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
   212/310-8000
   212/310-8007 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Helen J. Hodges
Tricia L. McCormick
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
   619/231-1058
   619/231-7423 (Fax)

Richard S. Wayne
William K. Flynn
Strauss & Troy
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
   513/621-2120
   513/629-9426 (Fax)