UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated, ) ) ) Plaintiffs, ) ) vs. ) ) AK STEEL HOLDING CORPORATION, et al., ) ) ) Defendants. ) ) ) | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) Judge Herman J. Weber CLASS ACTION |

DECLARATION OF JEFFREY D. LIGHT FILED ON BEHALF OF LERACH COUGHLIN STOIA & ROBBINS LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

STRAUSS & TROY
RICHARD S. WAYNE (0022390)
WILLIAM K. FLYNN (0029536)
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: 513/621-2120

Liaison Counsel

LERACH COUGHLIN STOIA
  & ROBBINS LLP
WILLIAM S. LERACH
HELEN J. HODGES
EDWARD P. DIETRICH
JEFFREY D. LIGHT
SCOTT H. SAHAM
TRICIA L. McCORMICK
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058

Lead Counsel for Plaintiffs

I, JEFFREY D. LIGHT, declare as follows:

1. I am associated with the firm of Lerach Coughlin Stoia & Robbins LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2. This firm is Lead Counsel of record for plaintiffs.

3. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4. My firm incurred a total of $246,181.45 in unreimbursed expenses in connection with the prosecution of this litigation. They are broken down as follows:

## EXPENSES

From Inception to June 15, 2004

| *DISBURSEMENT* | | *TOTAL* |
|---|---:|---:|
| Meals, Hotels & Transportation | | $ 37,391.97 |
| Photocopies | | 15,278.16 |
| Postage | | 3,141.07 |
| Telephone, Facsimile | | 9,622.44 |
| Messenger, Overnight Delivery | | 5,795.25 |
| Filing, Witness & Other Fees | | 5,208.75 |
| Court Reporters | | 2,338.35 |
| Lexis, Westlaw, Online Library Research | | 20,031.51 |
| Class Action Notices/Business Wire | | 21,554.30 |
| Experts/Consultants/Investigators | | 125,819.65 |
| *Outside:* | | |
| L.R. Hodges & Associates, Ltd. | $ 99,179.65 | |
| Lens Governance Advisors | 7,000.00 | |
| Ensemble Information Systems | 2,512.50 | |
| *In-House:* | | |
| Economic/Damage Analysts | $ 12,750.00 | |
| Forensic Accountant | 1,837.50 | |
| Investigators | 2,540.00 | |
| *TOTAL:* | | *$ 246,181.45* |

- 1 -

5.      The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of June, 2004, at San Diego, California.

_____
JEFFREY D. LIGHT

S:\Settlement\AKSteel.Set\DEC00010704.doc

- 2 -