UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated, ) ) ) ) Plaintiffs, ) ) vs. ) ) AK STEEL HOLDING CORPORATION, ) *et al.*, ) ) Defendants. ) ) | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) Judge Herman J. Weber |

# DECLARATION OF RICHARD S. WAYNE
# FILED ON BEHALF OF STRAUSS & TROY
# IN SUPPORT OF APPLICATION FOR AWARD OF
# <u>ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES</u>

STRAUSS & TROY
Richard S. Wayne (0022390)
William K. Flynn (0029536)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  45202-4018
(513) 621-2120 – phone
(513) 629-9426 – fax

*Liaison Counsel*

LERACH COUGHLIN STOIA & ROBBINS LLP
William S. Lerach
Helen J. Hodges
Edward P. Dietrich
Scott H. Saham
Tricia L. McCormick
401 B Street, Suite 1700
San Diego, CA  92101
(619) 231-1058 – phone
(619) 231-7423 – fax

*Lead Counsel for Plaintiffs*

- 2 -

I, Richard W. Wayne, declare as follows:

1. I am a member of the firm of Strauss & Troy. I am submitting this declaration in support of my firm's application for an award of attorneys fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2. This firm is counsel of record for plaintiff Bernard Fidel.

3. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4. My firm incurred a total of $3,859.20. in unreimbursed expenses in connection with the prosecution of this litigation. They are broken down as follows:

**EXPENSES**

**From Inception to June 24, 2004**

| DISBURSEMENT | TOTAL |
|---|---|
| Meals, Hotels & Transportation | 296.50 |
| Photocopies | 956.40 |
| Postage | 330.29 |
| Telephone, Facsimile | 625.99 |
| Messenger, Overnight Delivery | 375.02 |
| Filing, Witness & Other Fees | 350.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | 925.00 |
| Class Action Notices/Business Wire | |
| Experts/Consultants/Investigators | |
| *Outside:* | |
| *In-House:* | |
| *TOTAL:* | $3,859.20 |

5. The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is trued and correct. Executed this 30th day of June, 2004 at Cincinnati, Ohio.

                                    s/Richard S. Wayne
                                    Richard S. Wayne Attorney Bar Number 0022390
                                    STRAUSS & TROY
                                    150 East Fourth Street
                                    Cincinnati, OH 45202-4018
                                    Telephone: 513/621-2120
                                    email: *rswayne@strausstroy.com*

45688.855.433853.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court; has been sent electronically this 2nd day of July, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 2nd day of July, 2004.

Dated:  July 2, 2004                                  s/Richard S. Wayne
                                                              Richard S. Wayne Attorney Bar Number 0022390