**EXHIBIT A**

# STRAUSS & TROY

## COMPLEX LITIGATION GROUP

The firm of Strauss & Troy was founded in 1953 and currently has 46 attorneys. The firm offers a full range of corporate and litigation legal services, and has a group of attorneys that represent individuals, shareholders, public and private corporations, stock brokerage firms, individual brokers and accountants in commercial litigation – including national securities, antitrust, consumer, condominium, insurance, and product liability class actions. The firm has offices in Cincinnati, Ohio and Covington, Kentucky and is active in major securities and product liability class action and derivative shareholder litigations pending in federal and state courts throughout the United States. The firm's reputation for excellence has been recognized on repeated occasions by Courts which have appointed the firm to major positions in complex multi-district and consolidated litigations.

Strauss & Troy has acted, or is presently acting, as Co-Lead Counsel, lead counsel or class counsel for plaintiffs in many class action lawsuits involving allegations of violations of federal and state laws including: *In re Procter & Gamble Company Securities Litigation*, Civil Action No. C-1-00-CV-190 (S.D. Ohio); *Woodward, et al. v. Great American Life Insurance Company*, Case No. A9900587 (Hamilton County, Ohio); *In re Gulf States Utilities Securities Litigation*, Civil Action No. B-86-574 (E.D. Texas); *In re Middle South Utilities Securities Litigation*, Civil Action No. 85-3681 (E.D. La.); *Smith v. Robert M. Ginn*, (Case No. 146065) (Cuyahoga County, Ohio) (*Centerior Power* derivative lawsuit); *Lockspeiser v. Western Maryland Company, et al.*, Case No. H-13-117 (N.D. Md.); *In re Dayco Corporation Derivative Securities Litigation*, Civil Action No. C-3-82-254 (S.D. Ohio); *Adelman v. Meadowbrook Rehabilitation Group, et al.*, Case No. C-93-0561-CAL

(N.D. Cal.); *Steiner, et al. v. Figgie International, Inc.*, No. 1:94 Civ. 0805 (N.D. Ohio); *In re Penn Central Corporation Derivative Shareholders Litigation*, Civil Action No. A-9009331 (Hamilton County, Ohio); *In Re: Eagle-Picher Industries, Inc. Securities Litigation*, Master File No. C-1-88-936 (S.D. Ohio); *Immerman, et al. v. Harbour Towne Yacht Club Condominiums, et al.*, Case No. A-8803801 (Hamilton County, Ohio); *In re Nord Resources Corporation Securities Litigation*, Master File No. C-3-900380 (S.D. Ohio); *Brown v. Chiquita Brands International, Inc.*, Master File No. C-1-92-366 (S.D. Ohio); *In re Structural Dynamics Research Corporation Securities Litigation*, Case No. C-1-94-630 (S.D. Ohio); *In Re: Roberds Litigation*, Case No. C-3-94-86; *In Re: Community Mutual Co-Payment Litigation*, Case No. C-1-94-428 (S.D. Ohio); *Wojtkieweicz v. Blue Cross & Blue Shield Mutual of Ohio, Inc.*, Case No. 254993 (Cuyahoga County, Ohio); *In Re: Telectronics Pacing Systems, Inc. Accufix Atrial "J" Leads Products Liability Litigation*, (MDL-1057) (S.D. Ohio); and *In Re: Cincinnati Microwave, Inc. Securities Litigation*, Master File No. C-1-95-905 (S.D. Ohio); *Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation*, Case No. 1-CV-9000, MDL, No. 1401 (N.D. Ohio).

The following Strauss & Troy attorneys are those principally involved in the prosecution and defense of national securities and products liability class actions and shareholder derivative actions:

## **Partners/Shareholders**

**Richard S. Wayne** is a member of the Board of Directors of Strauss & Troy, Co-Chairman of its Litigation Department and has been a member of the bar since 1979. He is a member of the Cincinnati, Ohio State, Federal and American Bar Associations. Since January, 1980, Mr. Wayne has specialized in the area of securities and corporate litigation, product liability and consumer fraud litigation, including complex multi-district litigation. He is admitted to the following

Federal Courts: the United States District Courts for the Southern District of Ohio and the Eastern District of Michigan, and to the United States Courts of Appeal for the Fourth, Fifth, Sixth and Ninth Circuits. Mr. Wayne is a member of the NASD Board of Directors and an arbitrator for the American Arbitration Association. Mr. Wayne has also been a lecturer at the annual Ohio Securities Conference sponsored by the Ohio Division of Securities and in February 1996 and 1997 was a lecturer at the Cleveland Bar Association Annual Seminar relating to the Private Securities Litigation Reform Act of 1995 and in October 2000 lectured on Plaintiff Perspective in Class Action Litigation. Mr. Wayne is and previously has represented public corporations, officers and directors of public corporations, brokerage firms, shareholders of public corporations in a variety of commercial litigation and individuals against both public and private corporations.

In addition to the cases identified on page 1 of this resume, Mr. Wayne was Lead Counsel for plaintiffs in *In Re: Eagle-Picher Industries, Inc. Securities Litigation*, Master File No. No. C-1-88-936 (S.D. Ohio) (Spiegel, J.). In discussing plaintiffs' counsel, Judge Spiegel stated that:

> Plaintiffs' primary counsel are nationally known leaders in the field of securities class actions. The quality and efficiency of their representation is beyond reproach. (Slip op. at 7)

Recently, in the *CMIC Co-Payment Litigation*, a case in which Mr. Wayne was Lead Counsel for plaintiffs, Judges Beckwith and O'Connor, in discussing the work of plaintiffs' counsel stated that:

> The high caliber of Class Counsel is well reflected in the affidavits submitted by each individual attorney involved in the prosecution of this litigation. Each attorney has established a national reputation for management of complex class actions. Each attorney enjoys the respect of the bench and bar for his or her ability to efficiently pursue class claims and secure substantial benefits for the class.

\* \* \*

> These cases often present difficult and complex factual scenarios, as well as legal issues of first impression. They cannot be lightly undertaken by inexperienced counsel nor by law firms unprepared to significant expenses of litigation over long periods of time. Both Class Counsel and their law firms are to be commended for their dedication to this case and the others that they have championed.

Mr. Wayne was liaison counsel for plaintiffs in *In re Telectronics Pacing Systems, Inc.*, MDL No. 1057 (S.D. Ohio) and was a member of plaintiffs' trial team in the February 1998 summary jury trial on behalf of a class of recipients of a Telectronics "J" Lead. The parties entered into a settlement, which was approved by the Court and included compensatory relief and a medical monitoring program.

Prior to becoming a member of Strauss & Troy in August 1985, Mr. Wayne was a member of the firm now known as Gene Mesh & Associates (the "Mesh firm"). He had a significant role in many securities and consumer litigation matters while at the Mesh firm, including: *In Re LTV Securities Litigation*, 88 F.R.D. 134 (N.D. Tex. 1980); *Wayne v. American Financial Corporation, et al.*, Civil Action No. C-1-80-630 (S.D. Ohio 1981); *In Re General Public Utilities Securities Litigation*, [1983-84 Transfer Binder] Fed.Sec.L.Rep. (CCH) ¶99,566 (D.N.J. 1983); *Sarah Steiner, et al. v. Equimark Corp., et al.*, 96 F.R.D. 603 (W.D. Pa. 1983); *In Re Dayco Corporation Derivative Securities Litigation*, C.A. C-3-82-254 (S.D. Ohio 1985); *Efros v. William H. Dickhoner, et al.*, (*Cincinnati Gas & Electric Company Derivative Securities Litigation*), Civil Action No. 1-82-1310 (S.D. Ohio 1986); *Rubin v. Dickhoner, (In re Cincinnati Gas & Electric Co. Securities Litigation)*, Civil Action No. 83-1721 (S.D. Ohio 1986); and *Stoller, et al. v. Baldwin-United Corporation, et al.*, Civil Action No. C-1-82-1438 (S.D. Ohio 1987).

While at the Mesh firm one of the cases Mr. Wayne was actively involved in was *Fradkin v. Ernst*, 571 F. Supp. 829 (N.D. Ohio), a case in which the Mesh firm, along with co-lead counsel, successfully challenged a stock option plan established for the directors of Mohawk Tire & Rubber

Company. In granting plaintiffs' motion for class certification (98 F.R.D. 478), District Judge Dowd described plaintiffs' counsel as "excellent representatives of the shareholders."

Mr. Wayne is a graduate of the University of Dayton School of Law. While in law school Mr. Wayne was Case Counsel for the Moot Court program and an Associate Editor of the University of Dayton Law Review. He also published the following article in the University of Dayton Law Review: *Environmental Law Case Work for Administratively Imposed Civil Money Penalties in the Enforcement of Policy Objectives*, 3 U.Day.L.Rev. 153 (Winter, 1978).

**R. Guy Taft** is Co-Chairman of Strauss & Troy's Litigation Department and practicing in Federal and State Court litigation and appeals. Primary areas of litigation are in breach of contract, fraud, commercial, corporate, partnership, and shareholder disputes, unlawful competition, patent and trademark infringement, non-compete agreements, employer/employee disputes, ERISA insurance, health care, product liability and personal injury. He has been a partner at Strauss & Troy from 1989 to present; formerly partner/associate at Steer, Strauss, White & Tobias from 1976 to 1988.  Mr. Taft has served as lead trial counsel in litigation of the above law specialties since 1982, and have handled numerous jury trials, trials to the court, arbitrations, and mediations in federal and state courts, as well as arbitrations for the American Arbitration Association. He was admitted to practice in Ohio and Federal Courts in 1976.  He is a member of the professional associations: ABA (Business Law and Litigation Committees); Ohio Bar Association; Cincinnati Bar Association: Board of Trustees 1996-2000, Chairman of Community Services Committee 1996-1998; Cincinnati Bar Foundation Board of Trustees 1999-2000; Federal Bar Association; American and Ohio Trial Lawyers Associations. Mr. Taft is a graduate of the University of Cincinnati (BA-72; JD-76).

**William R. Jacobs** has been a member of the Bar since 1973. He is a graduate of the University of Cincinnati College of Law (1973) where was Case Editor of the Law Review and Order of the Coif. Mr. Jacobs is a former Professor of Law (from 1976 to 1978) and is an Adjunct Professor, teaching trial practice at the University of Cincinnati College of Law. Mr. Jacobs maintains an active practice in the areas of litigation, investment fraud law and corporate planning. He has worked on a number of the securities cases that have been and are being prosecuted by Strauss & Troy.

**William K. Flynn** is a graduate of Miami University and the University of Cincinnati College of Law, where he was a member of the National Competition Moot Court Team and a member of the first place team in the National Administrative Law Moot Court Competition. Mr. Flynn is a member of the American, Federal, Ohio, Kentucky and Cincinnati Bar Associations. Mr. Flynn is involved primarily in corporate and commercial litigation, with a principal concentration in securities and investment fraud litigation and arbitrations. He is a member of the Public Investor Arbitration Bar Association. Some of the cases in which he is or has been actively involved include: *Kronfeld v. Gradison & Co., et al.*, No. C1-85-1107 (S.D. Ohio); *In re Middle South Utilities, Inc. Securities Litigation*, No. 87-3081 (E.D. La.); *Lancz Associates, Inc. v. Sithe Energies, L.P., et al.*, No. 9566 (Del. Chancery 1988); *Lockspeiser v. The Bibb Company, et al.*, No. 1-85-CV-4035 RCF (N.D. Ga); *Lockspeiser v. Western Maryland Company, et al.*, No. H-13-117 (D. Md.); *In Re Gulf States Utilities Securities Litigation*, Civil Action No. B-86-574-CA (E.D. Texas 1988); *In re Penn Central Corporation Derivative Securities Shareholders Litigation*, Civil Action No. A-9009331 (Hamilton Co., Ohio); *Menowitz, et al. v. NCR Corporation, et al.*, [1990-91 Transfer Binder] Fed.Sec.L.Rep. ¶95,866 (CCH) (S.D. Ohio 1991); *Howing Co., Inc. v. Nationwide*

*Corporation*, Civil Action No. C-1-83-1693 (S.D. Ohio); *In Re: Roberds Litigation*, Case No. C-3-94-86; *In re Nord Resources Corporation Securities Litigation*, Master File No. C-3-900380 (S.D. Ohio); *In re American Premier Underwriters, Inc. Securities Litigation*, No. A9406195 (Hamilton Co., Ohio); *In Re: Corrpro Companies, Inc. Securities Litigation*, Case No. 5:95CV1223 (N.D. Ohio); *In Re: Future HealthCare Securities Litigation*, Case No. C-1-95-180 (S.D. Ohio); *Christian Memorial Cultural Ctr., Inc. v. Alan B. Lancz & Associates*, Case No. 92-122 (6th Cir.); *Craig A. Roberts, et al. v. Mark E. Gatch*, Case Nos. C-1-95-229 and C-1-95-771 (S.D. Ohio).

**Thomas P. Glass** is a member of the Litigation Department, involved in all aspects of state and federal court litigation, with an emphasis in commercial and complex litigation. Mr. Glass is admitted to practice in Ohio, Kentucky, the United States District Court for the Southern District of Ohio, the United States District Court for the Eastern District of Kentucky, and the United States Court of Appeals for the Sixth Circuit. Mr. Glass graduated from Wright State University (B.A. 1989) and the University of Dayton School of Law (J.D. 1993). Mr. Glass was an Associate Editor of the University of Dayton Law Review (1992-93), and published an article on property law. He also received the American Jurisprudence Award for Civil Trial Practice (1993). Mr. Glass is a member of the Ohio State Bar Association, the Cincinnati Bar Association, and the Kentucky Bar Association.

## Associates

**Joseph J. Braun** is a member of the Litigation Department with an emphasis in commercial and complex litigation (involving shareholder, product liability and other consumer issues), constitutional law, employment discrimination and general business law. Mr. Braun is a member of the Cincinnati, Ohio State and American Bar Associations, as well as the American and Ohio Trial Lawyers Association. Mr. Braun graduated from the University of Kentucky (B.A. 1995) and the University of Toledo College of Law (J.D. 1998). He also serves as the Assistant City Solicitor for the City of Wyoming.

367806.1