UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 JUL -8 PM 3:28

| | |
|---|---|
| BERNARD FIDEL, *et al.*, On Behalf of Themselves and All Others Similarly Situated, | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) (Judge Herman J. Weber) |
| Plaintiffs, | |
| vs. | |
| AK STEEL HOLDING CORPORATION, *et al.*, | |
| Defendants. | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Local Counsel for Plaintiffs, Richard S. Wayne, hereby moves the Court pursuant to Rule 1.3(c) of the Local Rule of the United States District Court for the Southern District of Ohio allowing the admission of Jeffrey D. Light, of the law firm of Lerach Coughlin Stoia & Robbins, LLP, 401 B Street, Suite 1700, San Diego, CA 92101 and a member in good standing of the bar of the State of California as attorney *pro hac vice*. There are not pending disciplinary proceedings against Applicant in any state or federal court.

Dated: July 8, 2004

STRAUSS & TROY

By: _____
Richard S. Wayne (0022390)
(*rswayne@strausstroy.com*)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – phone
(513) 629-9426 – fax

45688.866/434742.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Admit *Pro Hac Vice* of Jeffrey D. Light was served upon the following counsel by hand delivery this 8th day of July, 2004:

Adam P. Hall, Esq.
Frost Brown Todd LLC
201 E. Fifth Street, Suite 2200
Cincinnati, Ohio 45202

Richard S. Wayne (0022390)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA  } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY That Jeffrey D Light was duly admitted to practice in said Court on March 10, 1993, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on July 8, 2004

W. SAMUEL HAMRICK, JR.
Clerk

By _____,
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD FIDEL, *et al.*, On Behalf of Themselves and All Others Similarly Situated, | : : : | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) |
| Plaintiffs, | : : | (Judge Herman J. Weber) |
| vs. | : : | |
| AK STEEL HOLDING CORPORATION, *et al.*, | : : : | |
| Defendants. | : | |

## [PROPOSED] ORDER ON
## ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Jeffrey D. Light, is permitted to appear and participate in this particular case.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

SO ORDERED.

DATED: _____

_____
United States District Judge

45688.855/434742.1

```
Thu Jul  8 15:12:48 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 423442
Cashier          kj1

Tender Type  CHECK

Check Number: 7082

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code    Div No      Acct
 4661         1        6855XX

Amount             $    50.00

STRAUSS & TROY


PRO HAC VICE C-1-00-320




Thu Jul  8 15:12:48 2004

Check No. 7082
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```