UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 JUL -8 PM 3:28

| | |
|---|---|
| BERNARD FIDEL, *et al.*, On Behalf of Themselves and All Others Similarly Situated, | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) (Judge Herman J. Weber) |
| Plaintiffs, | |
| vs. | |
| AK STEEL HOLDING CORPORATION, *et al.*, | |
| Defendants. | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Local Counsel for Plaintiffs, Richard S. Wayne, hereby moves the Court pursuant to Rule 1.3(c) of the Local Rule of the United States District Court for the Southern District of Ohio allowing the admission of Jeffrey D. Light, of the law firm of Lerach Coughlin Stoia & Robbins, LLP, 401 B Street, Suite 1700, San Diego, CA 92101 and a member in good standing of the bar of the State of California as attorney *pro hac vice*. There are not pending disciplinary proceedings against Applicant in any state or federal court.

Dated: July 8, 2004

approved
/s/ Weber
/s/ USDJ
7/9/04

STRAUSS & TROY

By: _____
Richard S. Wayne (0022390)
(*rswayne@strausstroy.com*)
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – phone
(513) 629-9426 – fax

45688.866/434742.1

ECF/85