UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - HEARING

BERNARD FIDEL, et al.
            v.                                        CIVIL ACTION: C-1-00-320
A K STEEL HOLDING CORP., et al.

-------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

DATE: Friday, July 9, 2004
TIME: 9:00 a.m. -10:20 a.m.

PRESENT:

For Plaintiffs:   See Sign-In Sheet attached
For Defendants: See Sign-In Sheet attached

**DOCKET ENTRY**:

Case called before J. Weber for Fairness Hearing and Motion to Approve
Settlement.  Arguments of Counsel.  Motion to Admit Counsel *Pro Hac Vice* (doc.
no. 85) **GRANTED**.  Order to issue.


J:\DOCUMENT\KAREN\CIVIL\HEARINGS\00-320.WPD