**BERNARD FIDEL,** *et al.*

**v.**

**AK STEEL,** *et al.*

**C-1-00-320**

**July 9, 2004**

| NAME | WHOM DO YOU REPRESENT OR IN WHAT CAPACITY |
|---|---|
| Rick Wayne | Plaintiffs |
| Jeffrey Light | Plaintiffs |
| Helen Hodges | Plaintiffs |
| John Neuwirth | All defendants, except James Will |
| Adam Hall | All Defendants, except James Will |
| Brian McElroy | Defendant James F. Will |
| Paul Allen | In-house counsel, AK Steel |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |