**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**BERNARD FIDEL, et al,**

    Plaintiff,

-vs-                                                                                                                   Case No.  C-1-00-320

**A.K. STEEL HOLDING CORP., et al,**

    Defendants.

---

**JUDGMENT IN A CIVIL CASE**

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Final Judgment and Order of Dismissal with Prejudice this case is hereby Terminated on the docket of this Court.

Date:   July 12, 2004                                         JAMES BONINI.,  CLERK

                                                                                  By:s/    Darlene Maury
                                                                                   Darlene Maury, Deputy Clerk