RECEIVED
AUG 1 1 2004
JAMES BONINI, CLERK
DAYTON, OHIO

04 AUG 15 PM 2:51

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD FIDEL, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | Lead Case No. C-1-00-320 (Consolidated with No. C-1-00-349) |
| Plaintiffs, | ) ) | Judge Herman J. Weber |
| vs. | ) ) | CLASS ACTION |
| AK STEEL HOLDING CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF CHANGE OF FIRM NAME

STRAUSS & TROY
RICHARD S. WAYNE (0022390)
WILLIAM K. FLYNN (0029536)
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: 513/621-2120

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
HELEN J. HODGES
EDWARD P. DIETRICH
SCOTT H. SAHAM
TRICIA L. McCORMICK
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058

Lead Counsel for Plaintiffs

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that Lerach Coughlin Stoia & Robbins LLP has changed its name to Lerach Coughlin Stoia Geller Rudman & Robbins LLP. Please revise your records accordingly.

                                              STRAUSS & TROY
                                              RICHARD S. WAYNE (0022390)
                                              WILLIAM K. FLYNN (0029536)
                                              Federal Reserve Building
                                              150 East Fourth Street
                                              Cincinnati, OH 45202-4018
                                              Telephone: 513/621-2120

                                              Liaison Counsel

DATED: August 10, 2004                  LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                              WILLIAM S. LERACH
                                              HELEN J. HODGES
                                              EDWARD P. DIETRICH
                                              SCOTT H. SAHAM
                                              TRICIA L. McCORMICK

                                              /s/ William S. Lerach
                                              WILLIAM S. LERACH

                                              401 B Street, Suite 1700
                                              San Diego, CA 92101
                                              Telephone: 619/231-1058
                                              619/231-7423 (fax)

                                              Lead Counsel for Plaintiffs

S:\Migration\Name Change-LCSGRR\AKSteel NOT.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on August 10, 2004, declarant served the NOTICE OF CHANGE OF FIRM NAME by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August 2004, at San Diego, California.

_____
MICHELE M. HENRY

AK STEEL II

Service List - 8/7/2004     (201-233)

Page 1 of 2

## Counsel For Defendant(s)

Paul W. Casper, Jr.
Stephen N. Haughey
Frost Brown Todd LLC
201 E. Fifth Street, Suite 2200
Cincinnati, OH  45202-4182
   513/651-6800
   513/651-6981(Fax)

## Counsel For Plaintiff(s)

Jim Petro
Thomas P. Behlen
Attorney General's Office - Environmental Enforcement
30 E. Broad Street, 25th Floor
Columbus, OH  43215
   614/466-2766
   614/752-2441(Fax)

D. David Altman
D. David Altman Co.
15 East Eighth Street, Suite 200W
Cincinnati, OH  45202
   513/721-2180
   513/721-2299(Fax)

Rob Darnell
Frank Byros
U.S. Department of Justice
Environmental And Natural Resources Division
P.O. Box 7611
Washington, DC  20044-7611
   202/514-4162
   202/616-6584(Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423(Fax)

Albert H. Meyerhoff
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA  90071
   213/617-9007
   213/617-9185(Fax)

Ex Kano S. Sams II
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

AK STEEL II

Service List - 8/7/2004    (201-233)

Page 2 of 2

Robert F. Kennedy, Jr.
Mitchell S. Bernard
Michelle B. Alvarez
Natural Resources Defense Council
40 West 20th Street
New York, NY  10011
   212/727-2700
   212/727-1773(Fax)

Gerald F. Kaminski
United States Attorney's Office
Southern District of Ohio
221 East Fourth Street, Suite 400
Cincinnati, OH  45202

Robert S. Guenther
Orelia E. Merchant
Kris P. Vezner
U.S. Environmental Protection Agency, Region
77 West Jackson Blvd. (C-14J)
Chicago, IL  60604-3590

**Courtesy Copy**

Marilyn Wall
Representative
515 Wyoming Avenue
Cincinnati, OH  45215
   513/761-6140
   513/761-4988(Fax)